# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 10, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-50650   Tesla v. Angstrom Automotive
                 USDC No. 6:26-CV-477

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *Lisa E. Ferrara*

          By: _____
          Lisa E. Ferrara, Deputy Clerk
          504-310-7675

Mr. Marc Brian Collier
Mr. Philip Devlin
Mr. Ethan Glenn
Mr. Todd Alan Holleman
Mr. Kevin Arlius Lie
Mr. Stephen J. Van Stempvoort