# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 10, 2026

Lyle W. Cayce
Clerk

————————

No. 26-50650

————————

Tesla, Incorporated,

*Plaintiff—Appellee*,

*versus*

Angstrom Automotive Group, L.L.C.,

*Defendant—Appellant.*

————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:26-CV-477

————————————————————————

## UNPUBLISHED ORDER

Before Graves, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's motion for stay pending appeal is DENIED.

IT IS FURTHER ORDERED that the administrative stay, entered by the court in this case on August 7, 2026, is hereby DISSOLVED.