# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 11, 2026

Lyle W. Cayce
Clerk

———————

No. 26-50650

———————

TESLA, INCORPORATED,

*Plaintiff—Appellee*,

*versus*

ANGSTROM AUTOMOTIVE GROUP, L.L.C.,

*Defendant—Appellant*,

*versus*

ANGSTROM ALUMINUM CASTINGS TEXAS, L.L.C.,

*Appellant.*

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:26-CV-477

———————————————————

UNPUBLISHED ORDER

Before GRAVES, WILSON, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellant Angstrom Aluminum Castings Texas, L.L.C's opposed emergency motion for stay pending appeal is

No. 26-50650

DENIED. Appellant's alternative request for a writ of mandamus is likewise DENIED.

IT IS FURTHER ORDERED that Appellant Angstrom Aluminum Castings Texas, L.L.C's opposed motion for an administrative stay is DENIED AS MOOT.