# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 11, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-50650    TSLA v. Angstrom Automotive
USDC No. 6:26-CV-477

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Jason Bradley Binford
Mr. Marc Brian Collier
Mr. Ethan Glenn
Mr. Todd Alan Holleman
Mr. Kevin Arlius Lie
Mr. Stephen J. Van Stempvoort